# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERMAN DUENEZ, | ) | 1:07-cv-01724 OWW-TAG (HC) |
| Petitioner, | ) ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 19) |
| v. | ) ) | ORDER DENYING MOTION TO DISMISS (Doc. 10) FOR LACK OF EXHAUSTION |
| NEIL H. ADLER, Warden, | ) ) ) | ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS ON ITS MERITS (Doc. 10) |
| Respondent. | ) ) ) ) | ORDER DIRECTING THAT THE PETITION FOR WRIT OF HABEAS CORPUS BE DISMISSED (Doc. 1) |
| | | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 6, 2009, the Magistrate Judge assigned to the case filed findings and recommendations recommending that Respondent's motion to dismiss the petition for writ of habeas corpus on grounds of exhaustion (Doc. 10) be denied but that the motion to dismiss based on the merits of the petition (Doc. 10) be granted and that the petition for writ of habeas corpus be dismissed on its merits. (Doc. 19). The findings and recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service. On February 24, 2009, Petitioner filed objections to the findings and recommendations. (Doc. 20).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

The plain language of 28 U.S.C. § 2253( c)(1) does not require a certificate of appealability because this is an appeal from an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a State court. Forde v. U.S. Parole Commission, 114 F.3d 878 (9th Cir. 1997); see Ojo v. I.N.S., 106 F.3d 680, 681-682 (5th Cir. 1997); Bradshaw v. Story, 86 F.3d 164, 166 (10th Cir. 1996).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 6, 2009 (Doc. 19), are ADOPTED IN FULL;
2. Respondent's motion to dismiss the petition for writ of habeas corpus on its merits is GRANTED (Doc. 10); however to the extent the motion seeks dismissal on grounds of exhaustion it is denied;
3. The petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 6, 2009**              /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE